**People of the State of Illinois, Appellee, v. Allen Parks, Appellant.**

Gen. No. 49,708.

First District, Fourth Division.
December 31, 1964.

King, Robin, Gale & Pillinger, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Michael Getty, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE ENGLISH. **Not to be published in full.**